# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| LISA N. LEVERETT, | ) | |
| Plaintiff. | ) | No. 10-CV-5579 |
| | ) | |
| v. | ) | Judge: Guzman |
| | ) | Magistrate Judge: Ashman |
| MEADVILLE LOMBARD THEOLOGICAL SCHOOL, | ) | |
| Defendant. | ) | |

## AGREED ORDER AND STIPULATION FOR DISMISSAL

It is hereby stipulated and agreed between pro se plaintiff, Lisa Leverett, and Defendant, Meadville Lombard Theological School, through its respective counsel, that pro se plaintiff desires for the above action to be dismissed. The parties agree and stipulate that the above-captioned matter should be dismissed witch each side to bear its own costs and fees.

_____
Lisa Leverett
Pro Se Plaintiff

_____
Paige M. Neel
Clausen Miller PC
Attorneys for Meadville Lombard Theological School

_____
Date

6/7/11
Date

1361334.1

## CERTIFICATE OF SERVICE AND NOTICE OF ELECTRONIC FILING

The undersigned hereby certifies that a true and correct copy of **Agreed Order and Stipulation for Dismissal** was electronically filed with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record on June 13, 2011. Hard copy of same was mailed to *pro se* plaintiff, Lisa Leverett, 933 E. 54th Place, #3, Chicago, IL 60615.

Respectfully submitted,

*/s/Paige M. Neel*

Dated: June 13, 2011

1361334.1